# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Deldrick Demone Jackson | **Repayment Agreement and Order** | No: 5:11-CR-00083-001 |
|---|---|---|

On July 30, 2013, Deldrick Demone Jackson was sentenced to 130 months imprisonment followed by a 60-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Jackson. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on July 30, 2013, I have been ordered to pay a total fine of $5,000.00 and a special assessment of $200.00.

2. On February 10, 2023, I began my service of 60 months of supervised release. The mandatory assessment was satisfied on June 8, 2016. The current balance of my fine is $4,505.00.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of March 2023, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

_____  2/21/23
Deldrick Demone Jackson            Date

_____  02/21/23
Michael J. Murphy, U.S. Probation Officer   Date
(Northern District of Georgia)

_____  2/27/23
W. Taylor McNeill                  Date
Assistant U.S. Attorney

**THE COURT ORDERS:**

☒ Approval  ☐ Disapproval

_____
Marc T. Treadwell
Chief U.S. District Judge

3/1/2023
Date